UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
PAMELA ROLLE,

              Plaintiff,

- against -

**JUDGMENT**
CV-11-3855 (SJF)(AKT)

EDUCATIONAL BUS
TRANSPORTATION, INC.,

              Defendant.
---------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ MAR 31 2014 ★

LONG ISLAND OFFICE

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on March 31, 2014, adopting in its entirety the February 11, 2014 Report and Recommendation of Magistrate Judge A. Kathleen Tomlinson, granting defendant's motion to dismiss plaintiff's amended complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim for relief, directing the Clerk of Court to enter judgment and to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion to dismiss plaintiff's amended complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim for relief is granted; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       March 31, 2014

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                    By:    /s/ Catherine Vukovich
                           Deputy Clerk